AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____
Plaintiff
v.
_____
Defendant

Case No. 21 CR 478

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trevor Milton

Date: 7-29-21

_[signature]_
Attorney's signature

MARC MUKASEY
Printed name and bar number

Mukasey Frenchman    140 E 45th, NY NY
Address

MARC.MUKASEY@MukaseyLaw.com
E-mail address

347 527 3940
Telephone number

_____
FAX number