

# COVID Data Tracker

**United States at a Glance**                                                                 Collapse —

**United States**
At a Glance

**Cases** Total    47,352,367
Last 30 Days

**Deaths** Total    764,473
Last 30 Days

**79.8%** of People 12+ with At Least One Vaccination

**Community Transmission**    High

| Data Tracker Home |
| COVID Data Tracker Weekly Review |
| Your Community + |
| Health Equity Data |
| Pediatric Data |
| Pregnancy Data |
| Vaccination Delivery and Coverage + |
| Vaccine Effectiveness and Breakthrough Surveillance + |
| **Cases, Deaths, and Testing** — |
| **Cases, Deaths, and Testing** |
| Daily and Total Trends |
| Compare Trends Across States and Regions |
| Global Counts and Rates |
| Global Percent Change |
| Global Trends |

## United States COVID-19 Cases, Deaths, and Latest Testing (NAATs) by State, Territory, and Jurisdiction

Maps, charts, and data provided by CDC, updated Mon-Sat by 8 pm ET[†]

[View Footnotes and Download Data](#)

| UNITED STATES LEVEL OF COMMUNITY TRANSMISSION | 7 DAY CASE RATE PER 100,000 | 7 DAY PERCE... |
|---|---|---|
| High | 186.6 | 6.0 |

CDC | Data as of: November 18, 2021 5:37 PM ET. Posted: November...

**View:**
◉ Level of Community Transmission
○ Cases
○ Deaths
○ Tests Performed
○ Percent Positive

Level of Community Transmission is based on the number of cases in the last 7 days per... population and the number of tests in the last 7 days that have a positive result

**Level of Community Transmission of COVID-19, by State/Territory...**

Cited in US v. Million
21Cr478 Decided 11/13/21
Archived on 11/19/21
This document is protected by copyright.
Further reproduction is prohibited without permission.



- Demographic Trends +
- Health Care Settings +
- Variants and Genomic Surveillance +
- Antibody Seroprevalence +
- People at Increased Risk +
- Multisystem Inflammatory Syndrome in Children (MIS-C)
- Prevention Measures and Social Impact +
- Additional COVID-related Data +
- Communications Resources
- COVID-19 Home

 Get Email Updates

Sign up to receive the COVID Data Tracker Weekly Review.

Email Address:

Email Address

What's this?   Submit



Territories

| AS | FSM | | MP | PW | RMI | VI |

Level of Community Transmission

high — substantial — moderate — low

| Level of Community Transmission | Number of States/Territories/Jurisdictions at this Level | Percent of States/Territories/Jurisdictions at this Level |
|---|---|---|
| High | 42 | 73.68% |
| Substantial | 10 | 17.54% |
| Moderate | 3 | 5.26% |
| Low | 2 | 3.51% |

| Indicator - If the two indicators suggest different transmission levels, the higher level is selected | Low Transmission Blue | Moderate Transmission Yellow | Substantial Transmission Orange |
|---|---|---|---|

| Indicator - If the two indicators suggest different transmission levels, the higher level is selected | Low Transmission Blue | Moderate Transmission Yellow | Substantial Transmission Orange |
|---|---|---|---|
| Total new cases per 100,000 persons in the past 7 days | 0-9.99 | 10-49.99 | 50-99.99 |
| Percentage of NAATs[1] that are positive during the past 7 days | 0-4.99% | 5-7.99% | 8-9.99% |

View Historic Case and Death Data

### Data Downloads and Footnotes
Expand each accordion to view data table and download data

Data Table for Community Transmission

Footnotes

#### Wondering what all the data mean?
CDC's new COVID Data Tracker Weekly Review helps you stay up-to-date on the pandemic with weekly visuali interpretations of key data and trends.

#### How does COVID-19 Spread?
Learn more

#### Information on US COVID-19 Cases Caused by Variants
Learn more here

#### Do you need information on testing?
Find it here

View and Download COVID-19 Case Surveillance Publ Geography

Cited in US v Milton 21Cr478 Decided 11/15/21 Archived on 11/19/21 This document is protected by copyright. Further reproduction is prohibited without permission.

**HAVE QUESTIONS?**

Visit CDC-INFO

Call 800-232-4636

Email CDC-INFO

Open 24/7

**CDC INFORMATION**
About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

**CONNECT WITH CDC**



U.S. Department of Health & Human Services
USA.gov
CDC Website Exit Disclaimer

Cited in US v Milton
21Cr478 Decided 11/15/21
Archived on 11/19/21
This document is protected by copyright.
Further reproduction is prohibited without permission.