The New York Times | https://nyti.ms/2Kx8nEa

U.S.A. ▼    World ▼    Health ▼

# See How Vaccinations Are Going in Your County and State

Updated Nov. 18, 2021

| 12+ | 18+ | 65+ |

Pct. of residents age 12+ who are fully vaccinated

30  45  60  75%   No data



Sources: Centers for Disease Control and Prevention; Texas Department of State Health Services; Colorado Department of Public Health & Environment; Massachusetts Department of Public Health; U.S. Census Bureau | Note: No C.D.C. data available for some counties. Georgia, Vermont and West Virginia were excluded because more than a quarter of data is missing. Data from Texas and Colorado excludes shots given by most federal agencies.

Jump to:

New doses                         Projection
County inequities                 Doses by state
Eligibility

The Centers for Disease Control and Prevention said on Thursday about 228.6 million people have received at least one dose of a Covid-19 vaccine, including about 195.7 million people who have been fully vaccinated by Johnson & Johnson's single-dose vaccine or the two-dose series made by Pfizer-BioNTech and Moderna.

**United States vaccinations**

|  | At least one dose | Fully vaccinated |
|---|---|---|
| All ages* | 69% | 59% |
| 12 and up | 80% | 69% |
| 18 and up | 82% | 71% |
| 65 and up | >99% | 86% |

*Includes those not yet eligible for the vaccine.

Sources: Centers for Disease Control and Prevention, U.S. Census Bureau | Note: Figures include the U.S. territories and three countries with special agreements.

The C.D.C. also reported that about 32.5 million fully vaccinated people have received an additional vaccine dose since Aug. 13, the day after the F.D.A. opened up eligibility for third shots for some people with weakened immune systems. This figure also includes people who have gotten a booster dose, which the F.D.A. authorized on Sept. 22 for Pfizer recipients over 65 or at high risk of severe Covid-19.

On Oct. 20, the F.D.A. authorized booster shots for Johnson & Johnson recipients, as well as Moderna recipients over 65 or at high risk of severe Covid-19. It will also allow providers to boost people with a different Covid-19 vaccine than the one they initially received.

Some jurisdictions have begun encouraging all adults to get a booster shot: California, Colorado, New Mexico and New York City have all expanded access to boosters.

The number of people who have gotten an additional dose does not include an estimated 1.2 million people in the U.S. who may have received unauthorized additional doses prior to mid-August, according to the C.D.C.

**New reported people vaccinated**
Each line shows the seven-day average.



Source: Centers for Disease Control and Prevention | Note: On Sept. 28, the C.D.C. began to include Texas in the national counts of people receiving an additional dose, resulting in a sharp increase.

## How Quickly Are Shots Going in Arms?

Providers are administering about 1.68 million doses per day on average, including first, second and additional doses, about a 50 percent decrease from the peak of 3.38 million reported on April 13.

**New reported doses administered by day**

U.S. Total*

See daily doses in New York