UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TREVOR MILTON,

Defendant.

21 Cr. 478 (ER)

# VERDICT FORM

Please indicate your responses with a check mark (✓)

The Jury's verdict must be unanimous on each question.

**Count One: Securities Fraud Under Title 15**

Not Guilty_____        Guilty___✓___

**Count Two: Securities Fraud Under Title 18**

Not Guilty___✓___        Guilty_____

**Count Three: Wire Fraud Under Title 18**

Not Guilty_____        Guilty___✓___

**Count Four: Wire Fraud Under Title 18**

Not Guilty_____        Guilty___✓___

_Elyse Stringer_            _10-14-22_
FOREPERSON                  DATE