Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern  District of New York

Caption:
United States v.

Trevor Milton

Docket No.: 1:21-cr-00478-ER
Edgardo Ramos
(District Court Judge)

Notice is hereby given that Trevor Milton appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ____
(specify)
entered in this action on January 17, 2024.
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence | ✓ | Other | |
Defendant found guilty by plea | | trial | ✓ | N/A | .
Offense occurred after November 1, 1987? Yes | ✓ | No | N/A |
Date of sentence: December 18, 2023    N/A | |
Bail/Jail Disposition: Committed | | Not committed | ✓ | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel:  Alexandra A.E. Shapiro
Counsel's Address:    Shapiro Arato Bach LLP
                      1140 Avenue of the Americas, 17th Floor, New York, NY 10036
Counsel's Phone:      (212) 257-4881

Assistant U.S. Attorney: Matthew D. Podolsky
AUSA's Address:       United States Attorney's Office - SDNY
                      One Saint Andrew's Plaza, New York, New York 10007
AUSA's Phone:         (212) 637-1947

Signature

Generated: Jan 30, 2024 11:56AM                                                                                          Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jan 30, 2024 11:56AM

TREVOR MILTON

| Rcpt. No: 25846 | | Trans. Date: Jan 30, 2024 11:56AM | | | Cashier ID: #AF |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $605.00 |
| | | Total Due Prior to Payment: | $605.00 |
| | | Total Tendered: | $605.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: 21CR478 ER

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.