

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 28, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Trevor Milton*, S1 21 Cr. 478 (ER)

Dear Judge Ramos:

    The Government writes regarding restitution in this case. As part of the defendant's sentencing, the Court ordered the imposition of restitution, but left open the amount of restitution to be paid pending receipt of further information from the parties. The parties have attempted to reach a resolution on restitution, but unfortunately are unable to come to an agreement. Therefore, the parties respectfully request that the Court set a briefing schedule to adjudicate the amount of restitution that should be ordered in this case. The parties propose that the Government's submission be due on March 14, 2025, and the defendant's submission be due on April 4, 2025.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

    by: /s/ Nicolas Roos
        Nicolas Roos
        Assistant United States Attorney
        (212) 637-2421

cc: Counsel of Record (by ECF)