UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TREVOR MILTON,<br><br>*Defendant*. | No. 21-cr-478 (ER)<br><br>**ORDER EXONERATING DEFENDANT'S BAIL AND REFUNDING SPECIAL ASSESSMENT** |

WHEREAS, on March 27, 2025, President Donald J. Trump issued Trevor Milton "A Full and Unconditional Pardon," including "remission of any and all fines, penalties, forfeitures, and restitution ordered by the court" in this action;

WHEREAS, Mr. Milton has accepted the pardon, which covers the financial aspects of the conviction, as well as all other penalties;

WHEREAS, the parties agree that Mr. Milton's bail should be exonerated and that he is entitled to the return of a $300 special assessment he paid on December 23, 2023;

IT IS HEREBY ORDERED that Mr. Milton's bail conditions (*see* Dkts. 8-9, 339), including the personal recognizance bond agreed to by Mr. Milton (Dkt. 9) and any other conditions of release, are hereby exonerated and released, and that all suretors on Mr. Milton's bond are released from any liability in connection with said bond;

IT IS FURTHER ORDERED that the Clerk of Court shall refund to Mr. Milton the $300 special assessment.

It is SO ORDERED.

Dated: April 7, 2025

_____
HON. EDGARDO RAMOS, U.S.D.J